# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RAY SMITH, | Case No. CV 14-2495-AB (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN FAULK, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 28, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE